# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2130 | **DATE** | 5/9/2008 |
| **CASE TITLE** | UPS Supply Chain Solutions, Inc. Vs. American Airlines | | |

**DOCKET ENTRY TEXT**

Status hearing set to 9:00 a.m. on **Tuesday, June 10, 2008** before Judge Kennelly, in Chambers, Room 2188. Parties are to review and comply with Judge Kennelly's standing initial order, which may be found on his web page, located http://www.ilnd.uscourt.gov at http://www.ilnd.uscourts.gov/JUDGE/KENNELLY/mfkpage.htm. Counsel for plaintiff (s) are ordered to cause a copy of this order to be delivered forthwith to each defendant in the same manner that summons has been or is being served on each defendant.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|