# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UPS Supply Chain Solutions, Inc.

                         Plaintiff,

v.                                            Case No.: 1:08−cv−02130
                                                   Honorable Matthew F. Kennelly

American Airlines, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

       MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 6/10/2008 with attorneys for both sides. The parties are directed to issue written discovery within 30 days and to respond within 30 days thereafter. Status hearing set for 9/11/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.